S. Peter Serrano
United States Attorney
Eastern District of Washington
Michael J. Ellis
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 09 2025

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CASEY MATTHEW STRAIN,<br><br>Defendant. | INDICTMENT 2:25-cr-00153-RLP<br><br>Vios: 21 U.S.C. § 841(a)(1),<br>(b)(1)(C)<br>Distribution of Fentanyl<br>(Counts 1–2)<br><br>21 U.S.C. § 841(a)(1),<br>(b)(1)(C)<br>Possession with Intent to<br>Distribute Fentanyl<br>(Count 3)<br><br>21 U.S.C. § 853<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about December 2, 2024, in the Eastern District of Washington, the Defendant, CASEY MATTHEW STRAIN, knowingly and intentionally distributed a mixture or substance containing a detectable amount of N-phenyl-N-

INDICTMENT – 1

[1-(2-phenylethyl)-4-piperidinyl]propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 2

On or about December 9, 2024, in the Eastern District of Washington, the Defendant, CASEY MATTHEW STRAIN, knowingly and intentionally distributed a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 3

On or about August 20, 2025, in the Eastern District of Washington, the Defendant, CASEY MATTHEW STRAIN, knowingly possessed with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, as set forth in this Indictment, the Defendant, CASEY MATTHEW STRAIN, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any of the property described above, as a result of any act or omission of the Defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

INDICTMENT – 2

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c).

DATED this 9 day of October 2025.



A TRUE BILL

S. Peter Serrano
United States Attorney

Michael J. Ellis
Assistant United States Attorney

INDICTMENT – 3