FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## CHARGES AND PENALTIES

Oct 09, 2025

SEAN F. MCAVOY, CLERK

**CASE NAME:** Casey Matthew Strain

**CASE NO.** 2:25-cr-00153-RLP-1

TOTAL # OF COUNTS: 3    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1-2 | 21 U.S.C. § 841(a)(1), (b)(1)(C) | Distribution of Fentanyl | Not more than twenty years imprisonment; and/or a $1,000,000 fine; not less than three years and up to a lifetime term of supervised release; a $100 special penalty assessment; the denial of certain federal benefits |
| 3 | 21 U.S.C. § 841(a)(1), (b)(1)(C) | Possession with Intent to Distribute Fentanyl | Not more than twenty years imprisonment; and/or a $1,000,000 fine; not less than three years and up to a lifetime term of supervised release; a $100 special penalty assessment; the denial of certain federal benefits |
|  | 21 U.S.C. § 853 | Forfeiture Allegations |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |