

Adrien L Fox
601 W. Riverside Ave., Ste., 900
Spokane, Washington 99201
509.624.7606

# United States District Court
## Eastern District of Washington
### Honorable Rebecca Pennell

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Casey Matthew Strain,<br><br>　　　　　　Defendant. | No: 2:25-cr-00153-RLP-1<br><br>DEFENDANT'S MOTION TO REOPEN DETENTION HEARING<br><br>Noted: December 3, 2025 at 1:30 pm. |

Defendant Casey Matthew Strain, by counsel, Adrien L. Fox of the Federal Defenders of Eastern Washington and Idaho (FDEWI), and hereby respectfully moves this Court pursuant to 18 U.S.C. § 3142(f) to reconsider ECF No. 13, and release Mr. Strain to inpatient treatment with conditions.

## I. BACKGROUND

Mr. Strain is currently charged with two counts of Distribution of Fentanyl in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C) and one count Possession with Intent to Distribute Fentanyl in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C). ECF No. 1.

Mr. Strain made his initial appearance on October 15, 2025. ECF No. 9. At that time Mr. Strain reserved argument on the issue of detention until a later date following the completion of a SUD eval and confirmation of treatment options. *Id.* at 1. Mr. Strain remains detained in Benton County Jail.

## II. NEW CIRCUMSTANCES

Mr. Strain obtained a substance abuse evaluation and a bed date at Pioneer Human Services for December 4, 2025, with a pickup from Spokane County Jail at 10 AM for transport to Pioneer Center East.

### III. Establishment of New Circumstances

Email communication established that a SUD evaluation was completed and provided the appropriate level of care with connection to Pioneer Human Services.

### IV. Requested Change in Conditions of Release

Mr. Strain respectfully requests the Court release him to participate in inpatient treatment at Pioneer Human Services with any other appropriate conditions of release.

### V. Position of the Government and U.S. Probation

Assistant U.S. Attorney Michael Ellis was contacted regarding this motion. The government does not object to reopening the matter but does anticipate objecting to treatment release.

U.S. Probation was contacted regarding this motion. U.S.P. does not object to reopening the matter and likely does not oppose release to treatment.

### VI. Authorities and Argument

Mr. Strain moves for the Court to reconsider his release pursuant to 18 U.S.C. § 3142(f) to reconsider. Mr. Strain recognizes the seriousness of the alleged offenses. However, he remains cloaked in the presumption of innocence and is seeking only a limited release to treatment. Mr. Strain reports a lack of prior

DEFENDANT'S MOTION TO REOPEN DETENTION HEARING
- 2 -

participation in rehabilitative programing such that this would be a new treatment experience for him to address substance abuse.

The risk of flight and public safety concerns are effectively addressed through this proposed plan for release to inpatient treatment, with transportation provided by the same agency, as it ensures continued supervision during rehabilitation and provides a mechanism for prompt communication with the Court should Mr. Strain present any flight or safety risk. As such, Mr. Strain invites the Court to release him for the limited purpose of effectuating treatment.

Dated: November 21, 2025

Respectfully Submitted,

*s/Adrien Fox*
Adrien Fox, WSBA 49600
601 W. Riverside Ave., Ste. 900
Spokane, Washington 99201
Phone (509) 624-7606
Fax (509)747-3539
Adrien_Fox@fd.org

DEFENDANT'S MOTION TO REOPEN DETENTION HEARING
– 3 –

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2025, electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Michael James Austen Ellis, Assistant United States Attorney.

*s/Adrien Fox*
Adrien Fox, WSBA 49600
601 W. Riverside Ave., Ste. 900
Spokane, Washington 99201
Phone (509) 624-7606
Fax (509)747-3539
Adrien_Fox@fd.org
